# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2021

Bridget M. McCormack,
Chief Justice

161652

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

TRUGREEN LIMITED PARTNERSHIP,
    Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
    Defendant-Appellee.

SC: 161652
COA: 344142
Ct of Claims: 17-000141-MT

_____/

On order of the Court, the application for leave to appeal the April 10, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the April 10, 2020 judgment of the Court of Appeals and we REMAND this case to that court for reconsideration in light of *TOMRA of North America, Inc v Dep't of Treasury*, 505 Mich 333 (2020).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



        Clerk

t0525